UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DALE D. RICHARD,

    Petitioner,

v.

CONTRA COSTA COUNTY SHERIFF,

    Respondent.

Case No. 23-cv-03865-JSW

**ORDER OF DISMISSAL**

Petitioner, an inmate at the Contra Costa County Jail who is proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The petition is clear on its face that Petitioner has not presented his claims to the California Supreme Court. (ECF No. 1 at 5.) Petitioner must "fairly present" his claims to the California Supreme Court before filing a habeas petition under Section 2254 in federal court. *See* 28 U.S.C. § 2254(b),(c). If available state court remedies have not been exhausted, the district court must dismiss the petition. *See Rose v. Lundy*, 455 U.S. at 510; *Guizar v. Estelle*, 843 F.2d 371, 372 (9th Cir. 1988). Accordingly, this case is DISMISSED without prejudice to Petitioner filing his claims in a new petition after he has fairly presented them to the California Supreme Court and the California Supreme Court has rendered a decision.

Petitioner is GRANTED leave to proceed in forma pauperis and no fee is due. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 9, 2023

                                                   JEFFREY S. WHITE
                                                 United States District Judge